**Appeal Dismissed and Memorandum Opinion filed August 9, 2022.**



**In The**

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

**NO. 14-22-00452-CV**

**KIMBERLY LEE, Appellant**

**V.**

**CAPITAL ONE BANK (USA), N.A., Appellee**

**On Appeal from the County Civil Court at Law No. 2
Harris County, Texas
Trial Court Cause No. 1173169**

## MEMORANDUM OPINION

This is an appeal from a judgment signed May 5, 2022. Appellant did not file a timely motion for new trial. The notice of appeal was due June 6, 2022. *See* Tex. R. App. P. 4.1, 26.1. Appellant, however, filed her notice of appeal on June 14, 2022, a date within 15 days of the due date for the notice of appeal. *See Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellant did not file a motion to extend time to file the notice of appeal. On July 12, 2022, we ordered appellant to file a proper motion to extend time to file the notice of appeal on or before July 22, 2022

and warned her that the appeal is subject to dismissal without further notice for want of jurisdiction if she did not do so. *See* Tex. R. App. P. 26.3; 10.5(b). Appellant did not file a motion. We, therefore, dismiss the appeal. *See* Tex. R. App. P. 42.3.


PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.